# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LORIS FATAYRI § <br> § <br> v. § <br> § <br> LELAND DUDEK, ACTING § <br> COMMISSIONER OF SOCIAL § <br> SECURITY § | Civil Action No. 4:24-CV-00690-ALM-AGD |

### MEMORANDUM OPINION AND ORDER

Before the Court for consideration is the Commissioner's Unopposed Motion for Entry of Judgment with Remand ("Commissioner's Motion") (Dkt. #16). After considering the Commissioner's Motion, all pleadings on file, and the applicable law, the Court finds the Commissioner's Motion (Dkt. #16) should be **GRANTED**.

On August 1, 2024, Plaintiff Loris Fatayri filed this action seeking judicial review of the Commissioner's decision denying her application for Disability Insurance and Supplemental Security Income benefits under the Social Security Act (Dkt. #1). On January 10, 2025, the Commissioner filed the Commissioner's Motion, (Dkt. #16), asserting remand is appropriate and requesting the Court reverse and remand the case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Commissioner's Motion is unopposed; accordingly, it appears both Parties agree that reversal and remand of this action is necessary (Dkt. #16 at p. 2).

Section 405(g) provides: "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commission of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C.

§ 405(g). Because further administrative proceedings are required in this case, the Court agrees that remand is appropriate pursuant to the fourth sentence of Section 405(g). Based on the foregoing, the Court finds the Commissioner's final decision is hereby reversed, and Plaintiff's disability claim is hereby remanded to allow the Commissioner to conduct further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

For the foregoing reasons, it is **ORDERED** that the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. #16), is **GRANTED**. The Commissioner's decision is hereby **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**
SIGNED this 25th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE